UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Omar Hinton** **Docket No. 5:18-CR-61-1FL**

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Omar Hinton, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on August 23, 2018, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

On November 13, 2025, the defendant's case was reassigned to the Honorable Louise W. Flanagan, United States District Judge.

Christopher Omar Hinton was released from custody on November 21, 2025, at which time the term of supervised release commenced.

On December 22, 2025, due to the defendant's history of consuming alcohol and illegal substances coupled with his admission to using marijuana during the first two years of his federal incarceration, a Petition for Action was submitted to the court recommending that Hinton's supervised release conditions be modified to include substance abuse treatment. The court concurred with the recommendation on December 22, 2025. Note: The defendant underwent a substance abuse assessment with Walk Through the Valley (WTV) in Elizabeth City, North Carolina, on January 30, 2026, and was recommended to complete three individual treatment sessions. Hinton was successfully discharged from treatment on April 10, 2026.

On July 1, 2026, a Petition for Action was submitted to the court addressing *U.S. v. McLaurin* and advising that Hinton violated his supervised release by failing to report for drug testing pursuant to the Surprise Urinalysis Program (SUP) on January 15, 2026; March 19, 2026; May 21, 2026; and June 15, 2026. He also failed to report for a make-up drug test on June 10, 2026, as directed by the probation officer. Additionally, the court was informed that drug tests administered in February and April 2026, as well as on June 24, 2026, tested negative for illegal drug use. Due to the probation officer's use of cognitive behavioral intervention skills with Hinton to promote compliance, and considering the defendant's overall adjustment while on supervision, no modification of his supervised release conditions was recommended to address the violations. The court concurred with the recommendation on July 13, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 8, 2026, the defendant submitted to an instant urine screen which tested positive for the use of amphetamine/methamphetamine. The national laboratory confirmed the result on September 14, 2026. When confronted, Hinton admitted to using Adderall without a prescription on an unknown date prior to September 8, 2026, and again on September 16, 2026. He also provided a written statement regarding his drug use.

The defendant remains enrolled in SUP and will be referred back to WTV for substance abuse treatment. As an additional intervention measure, it is respectfully recommended that Hinton's supervised release conditions be modified to include mental health treatment to address underlying issues that may be

contributing to his drug relapse. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
Phone: 252-335-5508
Executed On: September 24, 2026

**ORDER OF THE COURT**

Considered and ordered this 1st day of October, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
United States District Judge